DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENSHAW, LLC,**
Appellant,

v.

**PROPERTY ASSET MANAGEMENT, INC.,**
Appellee.

No. 4D16-4300

[April 12, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE13-027224.

Yanina Zilberman of Oppenheim & Pilelsky, Weston, for appellant.

Melissa A. Giasi of Kass Schuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***